UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 18-14396-CIV-MARTINEZ-MAYNARD

JAMES ALDERMAN, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

ALLTRAN FINANCIAL, LP, a Texas limited
partnership,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 23]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own costs and attorneys' fees. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of May, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record